# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

**Cheryl Dean Riley**  
**Clerk of Court**

**OFFICE OF THE CLERK OF COURT**  
**POST OFFICE BOX 471**  
**WHEELING, WEST VIRGINIA 26003**  
**(304) 232-0011**  
**Facsimile (304) 233-2185**

**Michelle Widmer-Eby**  
**Chief Deputy Clerk**

September 29, 2021

Via CM/ECF  
Surendra D. Singh  
c/o Robert C. Stone , Jr.  
Robert C. Stone Jr., PLLC  
529 West King Street  
Martinsburg, WV 25401

Via CM/ECF  
Dilipkumar Somabhai Patel  
c/o Paul G. Taylor  
Law Offices of Paul G. Taylor  
134 W Burke Street  
Martinsburg, WV 25401

Via CM/ECF  
Suresh Patel  
c/o Bridget M. Cohee  
Steptoe & Johnson, PLLC - Martinsburg  
1250 Edwin Miller Boulevard  
Suite 300  
Martinsburg, WV 25404  
and  
Dale P. Kelberman  
Miles & Stockbridge, PC  
10 Light St  
Baltimore, MD 21202  
and

500 West Pike Street, Room 301  
Clarksburg, WV 26302  
(304) 622-8513

P.O. Box 1518  
Elkins, WV 26241  
(304) 636-1445

217 W. King Street, Room 102  
Martinsburg, WV 25401  
(304) 267-8225

William D. Wilmoth
Steptoe & Johnson, PLLC - Wheeling
PO Box 751
Wheeling, WV 26003-0751

Via CM/ECF
Jalaram, Inc.
c/o Bridget M. Cohee
Steptoe & Johnson, PLLC - Martinsburg
1250 Edwin Miller Boulevard
Suite 300
Martinsburg, WV 25404
and
Dale P. Kelberman
Miles & Stockbridge, PC
10 Light St
Baltimore, MD 21202
and
William D. Wilmoth
Steptoe & Johnson, PLLC - Wheeling
PO Box 751
Wheeling, WV 26003-0751
and
Donald E. English , Jr.
Miles & Stockbridge, PC - Baltimore
100 Light Street
8th Floor
Baltimore, MD 21202

Via CM/ECF
Centra Bank, Inc. (Interested Party)
William J. Powell
Jackson Kelly, PLLC - Martinsburg
PO Box 1068
Martinsburg, WV 25401

Via CM/ECF
BB&T (Interested Party)
c/o Kathy M. Santa Barbara

The Law Office of Kathy M. Santa Barbara, PLLC
518 West Stephen Street
Martinsburg, WV 25401

Via CM/ECF
c/o     John W Sellers
U.S. Dept. of Justice - Criminal Division
Asset Forfeiture & Money Laundering Section
1400 New York Ave., NW
Bond Bldg., 10th Floor
Washington, DC 20530
and
Randolph J. Bernard
Michael D. Stein
U.S. Attorney's Office - Wheeling
PO Box 591
1125 Chapline Street, Ste. 3000
Wheeling, WV 26003

      In Re:  United States of America v. Surendra D. Singh, et al.
            Criminal Action No.   3:05-cr-6

Dear Mr. Singh, Mr. Dilipkumar Patel, Mr. Suresh Patel, Jalaram, Inc., Centra Bank, Inc., BB&T, and the United States of America,

    I have been contacted by Chief Judge, Gina M. Groh, who presided over the above-mentioned case. Judge Groh informed me that it has been brought to her attention that while she presided over the case, her husband owned stock in Centra Bank. Her husband's ownership of stock neither affected nor impacted her decisions in this case, which was primarily handled by two other district judges, with no substantive orders issued by Judge Groh.  However, her husband's stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Groh directed that I notify the parties of the conflict.

    Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A]judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified." With Advisory Opinion 71 in mind, you are invited to respond to Judge Groh's disclosure of a conflict in this case. Should you wish to respond, please submit your response in writing by filing it on the docket of this case on or before **October 13, 2021**. Any response will be considered by another judge of this court without the participation of Judge Groh.

Sincerely,

*Cheryl Dean Riley*

Cheryl Dean Riley,
Clerk of Court